William Arthur MANNING, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 17731.

United States Court of Appeals
Fifth Circuit.

Aug. 2, 1960.

Philip T. Weinstein, Arthur B. Cun-
ningham, Michael F. Zarowny, Miami
Fla., for appellant.

David C. Clark, Jr., Asst. U. S. Atty,
Miami, Fla., for appellee.

Before HUTCHESON, TUTTLE and
WISDOM, Circuit Judges.

PER CURIAM.

In light of Elkins v. United States,
1960, 80 S.Ct. 1437, and Rios v. United
States, 1960, 80 S.Ct. 1431, it is ordered
that the petition for rehearing filed in
this cause be, and the same is hereby
granted, 274 F.2d 926, and the judgment
is reversed and the cause remanded to
the district court for further and not in-
consistent proceedings.